

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANNE DIERKER, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-261 |
| R.J. REYNOLDS TOBACCO CO., ET AL | SECTION:"R" (4) |

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDINGS

It has been brought to the Court's attention that the above captioned matter is related to Civil Action No. 99-2717, *Joanne Dierker, et al vs. R.J. Reynolds Tobacco Co., et al,* in Section "G"(5) of this Court.

Accordingly;

**IT IS ORDERED** that the above captioned matter is hereby transferred to "G"(5) for further proceedings.

New Orleans, Louisiana, this 31st day of January, 2000.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

JAN 3 1 2000

TRANSFERRED TO   SECT G MAG 5

DATE OF ENTRY  JAN 3 1 2000