FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 29 P 3: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * | CIVIL ACTION |
| | * | |
| | | NO. 00-261 |
| VS. | * | |
| | | |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER MARKETS, INC. | * | Section: G |
| | * | Magistrate: 5 |
| | * | |
| | * | |

* * * * * * * * *

### MOTION TO ATTACH EXHIBIT TO PLAINTIFFS' MOTION TO REMAND AND MEMORANDUM IN SUPPORT THEREOF

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Joanne Dierker, wife of/and Ferdinand Dierker, Christopher Dierker and Sean Dierker, who request that the attached Exhibit identified as Exhibit "A" be submitted and made part of the original Motion to Remand and Memorandum in Support thereof filed by plaintiffs on February 22, 2000. Plaintiffs unintentionally neglected to attach Exhibit "A" at the time the Motion and Memorandum were filed.

WHEREFORE, named plaintiffs respectfully move this Honorable Court to allow the attached Exhibit to be admitted into the record

DATE OF ENTRY MAR 3 2000

and made part of plaintiffs' original Motion to Remand and Memorandum in Support thereof.

                            Respectfully submitted,

                            MURRAY LAW FIRM

                            _____
                            STEPHEN B. MURRAY (9858)
                            PERRY M. NICOSIA (21777)
                            909 Poydras Street, Suite 2550
                            New Orleans, Louisiana  70112
                            (504) 525-8100

**<u>CERTIFICATE</u>**

    I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 29th day of _____February_____, 2000.

                            _____
                            PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * | CIVIL ACTION |
| VS. | * | NO. 00-261 |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC. | * | Section: G |
| | * | Magistrate: 5 |

\* \* \* \* \* \* \* \* \*

O R D E R

Considering the foregoing Motion to Remand,

IT IS HEREBY ORDERED that plaintiffs be allowed to attach Exhibit "A" to their original Motion to Remand and Memorandum in Support thereof. New Orleans, Louisiana, this 2 day of _March_, 2000.

_____
JUDGE

## METHODIST CANCER CENTER
## INITIAL SUMMARY

August 16, 1999

DIERKER, JOANN

DIAGNOSIS: Lung cancer.

REFERRING PHYSICIAN: Dr. Melissa Brammer

PULMONOLOGIST: Dr. Janine Parker

This is a 50 year old, white female, who presented in January with hemoptysis and was found on chest x-ray to have a left suprahilar mass. A CT scan of the chest showed a 3x3 cm, left apex mass and a 5.5x3 cm left hilar/suprahilar mass, with a questionable right pretracheal node.

Bronchoscopy showed occlusion of the left upper lobe apical segment by tumor with lingular compression. Biopsy showed small cell undifferentiated carcinoma. CT scan of the abdomen and pelvis showed a fatty liver. Bone scan showed DJD.

She began systemic chemotherapy with Cytoxan, Adriamycin and Vincristine on 2/1/99. She received five full courses. During the 6th course, could not complete this because of increasing SOB, nausea and vomiting.

CT scan of the chest obtained in April and May, 1999 showed an overall decrease in the left apical/upper lobe mass and hilar disease, as well as clearing of the atelectasis and infiltrate.

PAST HISTORY: Hypertension, peripheral neuropathy with chronic pain syndrome, hiatal hernia. BTL.

SOCIAL HISTORY: Married, two sons, ages 13 and 15. Positive tobacco abuse, 2 packs per day X35 years. Occasional alcohol use.

ALLERGIES: Keflex.

MEDICATIONS: Percocet, 12 tablets per day. Oxycontin, 20 mg b.i.d. Xanax p.r.n. Folic acid and Adalat.

ROS: Becomes easily fatigued with walking less than 25 feet and the fatigue seems to have progressed over the past 4-5 weeks since the chemotherapy ended. Denies any current SOB. Admits to neck pain which is chronic and bothering her for several months. Admits to difficulty with equilibrium and sensation of falling. Has the sensation of ringing in her head.

CONTINUED ON PAGE 2

**PATIENT:**     DIERKER   JOANN
**PHYSICIAN:**   M. MERLIN
                       INITIAL SUMMARY



200950047 - 0001

# METHODIST CANCER CENTER
# INITIAL SUMMARY

CONTINUATION
PAGE 2

FAMILY HISTORY: Mother with middle ear problems, with associated ringing in her ear and gait ataxia. Brother who died of lung cancer four years ago.

PHYSICAL EXAM:
GENERAL: Alert, oriented X3, stoic, which female, in no acute distress.
HEENT: Conjunctivae, lids, ears, nose - no evidence of scars or lesions. Tracheal position midline. Thyroid gland nontender.
HEART: RRR.
LUNGS: Clear to A&P bilaterally.
LYMPH: No supraclavicular or axillary adenopathy.
BACK: There is tenderness palpable along the cervical spine in the C5-C7 region. No masses evident.
EXTREMITIES: No cyanosis, clubbing or edema.
ABDOMEN: Soft, nontender. No organomegaly.

X-RAYS: I reviewed the CT scans from January thru May, 1999. There is evidence of the right upper lobe/apical mass, left suprahilar and hilar adenopathy. I do not see any obvious right paratracheal disease. This has essentially cleared since January and is much improved at this point.

The patient tells me that she had a CT of her head which showed a questionable lesion in the base of the skull, followed by MRI scan, which failed to confirm this. These films are to be reviewed, as will be the reports when they are available.

ASSESSMENT: 50 year old, white female, with limited stage, small cell carcinoma of the lung, status post CAV chemotherapy.

RECOMMENDATIONS:
1. If she, after complete staging and workup remains having limited stage disease, I would recommend postoperative radiotherapy to the chest, as well as prophylactic cranial irradiation.
2. If there is any evidence of extensive stage disease, I will then treat the areas that are symptomatic.

I reviewed with the patient and the husband the potential acute and chronic side effects of radiotherapy to the chest and brain. She was taken to the simulator to simulate the chest portion. I will review the above mentioned radiographic studies and reports

CONTINUED ON PAGE 3

PATIENT:       DIERKER   JOANN
PHYSICIAN:     M. MERLIN
                         INITIAL SUMMARY

200950047 - 0002

# METHODIST CANCER CENTER
## INITIAL SUMMARY

CONTINUATION
PAGE 3

tomorrow when they become available and then will discuss the case further with Dr. Brammer to help determine the etiology of her progressive weakness and sensation of ringing in her head.

*[signature]*

MARK L. MERLIN, M.D.

MLM/fph
D&T  8/16/99

PATIENT:     DIERKER  JOANN
PHYSICIAN:   M. MERLIN
                    INITIAL SUMMARY

200950047 - 0003