FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -2  P 3: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * | CIVIL ACTION |
| VS. | * | NO. 00-261 |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC. | * * * * * * | Section: G  Magistrate: 5 |

\* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO CONTINUE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Joanne Dierker, wife of/and Ferdinand M. Dierker, Christopher Dierker and Sean Dierker, who respectfully request that this Court continue the Motion to Remand hearing on Plaintiffs' Motion to Remand from the March 15, 2000 date. Plaintiffs' counsel will be in Las Vegas, Nevada from March 13th through March 16th taking depositions in the case of <u>Robert Murphy v. The American Tobacco Company</u>. Due to undersigned counsel being out of town, it is respectfully requested

MAR 8 2000

DATE OF ENTRY

that the hearing in the above referenced matter be continued to the next available hearing date. Plaintiffs' counsel has spoken to all defendants and they have no objection to said continuance.

Respectfully submitted,

_____
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
(504) 525-8100

## CERTIFICATE

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 2nd day of March, 2000.

_____
PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * | CIVIL ACTION |
| VS. | * * | NO. 00-261 |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC. | * * * * * | Section: G Magistrate: 5 |

\* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Motion to Continue;

IT IS HEREBY ORDERED that the hearing now set for March 15, 2000 at 9:30 a.m. be continued until the 29th day of March, 2000 at 9:30 a.m.

New Orleans, Louisiana, this 8th day of March, 2000.

_____
JUDGE

3