MINUTE ENTRY
SEAR, JUDGE
MARCH 9, 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * | CIVIL ACTION |
| | * | NO. 00-261 |
| | * | SECTION: G(5) |
| VERSUS | * | |
| | * | |
| R.J. REYNOLDS TOBACCO COMPANY, RJR NABISCO, INC., BROWN & WILLIAMSON TOBACCO CORPORATION, BATUS, INC., BATUS HOLDINGS, INC., PHILIP MORRIS, INC., PHILIP MORRIS COMPANIES, INC., THE COUNCIL FOR TOBACCO RESEARCH-USA, INC., THE TOBACCO INSTITUTE, INC., BRITISH AMERICAN TOBACCO INDUSTRIES, PLC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., IMPERIAL TRADING COMPANY, INC., GEORGE W. GROETSCH, INC. AND SCHEGMANN GIANT SUPER MARKETS, INC. | * * * * * * | |

<u>O R D E R</u>

Counsel for Defendants, R.J. Reynolds Tobacco Company, R.J. Reynolds Tobacco Holdings, Inc., Brown & Williamson Tobacco Corporation, BATUS, Inc., BATUS Holdings Inc., Philip Morris Incorporated, Philip Morris Companies, Inc, The Council for Tobacco Research-USA, Inc. and The Tobacco Institute, Inc., requests oral argument in connection with Plaintiffs' Motion to Remand, noticed

MAR 13 2000
DATE OF ENTRY

for hearing on March 29, 2000.  Upon review of the memoranda, I do not see the need for oral argument at this time.

It is so ordered.

New Orleans, Louisiana, this 11th day of March, 2000.

MOREY L. SEAR
UNITED STATES DISTRICT JUDGE