UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * | CIVIL ACTION |
| | * | |
| VS. | * | NO. 00-261 |
| | * | |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC. | * | SECTION: "G" (5) |
| | * | JUDGE SEAR |
| | * | MAGISTRATE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \*

### MOTION AND ORDER FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, Ferdinand M. Dierker, Christopher Dierker, and Sean Dierker, who move this Honorable Court for leave to file their Reply Memorandum in Support of Motion to Remand. This Reply Memorandum is filed to discuss arguments made by defendants in its Opposition Memorandum.

WHEREFORE, plaintiffs, Ferdinand M. Dierker, Christopher Dierker, and Sean Dierker pray that this Court grant leave to file this Reply Memorandum in Support of Motion to Remand.

DATE OF ENTRY
JUL 1 4 2000

Respectfully submitted

_____
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
(504) 525-8100

## CERTIFICATE

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 15th day of March, 2000.

_____
PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER** | * | CIVIL ACTION |
| | * | |
| | | NO. 00-261 |
| VS. | * | |
| | | |
| **R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC.** | * | SECTION: "G" (5) |
| | * | JUDGE SEAR |
| | * | MAGISTRATE CHASEZ |
| | * | |
| | * | |

\* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing;

IT IS HEREBY ORDERED that plaintiffs' Reply Memorandum in Support of Motion to Remand be and it is hereby filed of record.

New Orleans, Louisiana, this _16_ day of March, 2000.

_____
JUDGE