```
                              FILED
                          U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                        2001 JAN 18 PM 4: 10
                            JAN 1 8 2001
                          LORETTA G. WHYTE
                                CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * | CIVIL ACTION |
| | | NO. 00-261 |
| VS. | * | |
| | | SECTION: "G" (5) K |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * | JUDGE SEAR MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION FOR LEAVE
### TO FILE FIRST SUPPLEMENTAL AND AMENDING PETITION
### FOR DAMAGES AND WRONGFUL DEATH AND TEMPORARY LIFTING OF STAY

NOW INTO COURT, through undersigned counsel, come the plaintiffs, who move this court to temporarily lift the stay in this case for the sole and limited purpose to file their First Supplemental and Amending Petition for Damages and Wrongful Death, for the following reasons, to-wit:

1.

Plaintiff, **JOANNE DIERKER,** died on or about February 10, 2000 of a cigarette related illness, and her family's wrongful death claim prescribes on February 10, 2001. Mrs. Dierker was survived by her spouse, Ferdinand Dierker and their two children. Mrs. Dierker's spouse and children wish to substitute themselves as plaintiffs in this matter as they are legal beneficiaries.

```
DATE OF ENTRY
  JAN 2 3 2001
```

```
___Fee_____
___Process__
X _Dktd__ CA
✓_CtRmDep__
  Doc.No.__17
```

2.

Mrs. Dierker's spouse and children also wish to amend the petition to assert their claim for the damages they sustained as a result of Mrs. Dierker's wrongful death; specifically, for grief and mental anguish, loss of consortium, loss of support, loss of security and funeral expenses.

WHEREFORE, plaintiffs pray that this court will grant leave to temporarily lift the stay for the sole and limited purpose of filing their First Supplemental and Amending Petition for Damages and Wrongful Death. The lifting of the stay for the sole and limited purpose of filing this motion is unopposed by the Defendants.

Respectfully Submitted,

MURRAY LAW FIRM

*D.T. Smith*

STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
DAVID T. SMITH (26721)
909 Poydras Street
Suite 2550
New Orleans, LA 70112
Telephone: (504) 525-8100

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * | CIVIL ACTION |
| | * | NO. 00-261 |
| VS. | * | |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER MARKETS, INC. | * * * * * | Section: G  Magistrate: 5 |

\* \* \* \* \* \* \* \* \*

MEMORANDUM IN SUPPORT OF
FIRST SUPPLEMENTAL AND AMENDING PETITION
FOR DAMAGES AND WRONGFUL DEATH

MAY IT PLEASE THE COURT:

Plaintiff, Joanne Dierker, died on or about February 10, 2000 of a cigarette related illness, and was survived by her spouse, Ferdinand Dierker and their two children.  Mrs. Dierker's spouse and children wish to substitute themselves as plaintiffs in this matter as they are legal beneficiaries. Mrs. Dierker's spouse and children also wish to amend the petition to assert their claim for the damages they sustained as a result of Mrs. Dierker's wrongful death; specifically, for grief and mental anguish, loss of consortium, loss of support, loss of security and funeral expenses.

As a result of the aforementioned, plaintiffs aver that they are entitled to such damages as are reasonable in the premises, including, but not limited to, the following: medical expenses, survival damages, physical pain and suffering, mental anxiety and anguish, wrongful death damages, loss of consortium damages, and any and all other damages as will be more fully shown at the trial of this matter.

The family's wrongful death claim prescribes on February 10, 2001, thus plaintiffs respectfully request leave of Court to temporarily lift the stay in these proceedings for the sole and limited purpose of filing this first Supplemental and Amending Petition. Defendants have stated that they have no objection to the lifting of the stay in this case for the sole and limited purpose of filing this first Supplemental and Amending Petition.

Respectfully submitted,

*D.T. Smith*

STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
DAVID T. SMITH (26721)
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
(504) 525-8100

### CERTIFICATE

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 18 day of January, 2001.

*D.T. Smith*
DAVID T. SMITH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * | CIVIL ACTION |
| | | NO. 00-261 |
| VS. | * | |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC. | * * * * * | SECTION: "G" (5) JUDGE SEAR MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \*

## ORDER

Considering the allegations and prayer thereof,

IT IS ORDERED that the foregoing Unopposed First Supplemental and Amending Petition be filed as prayed for and according to law.

NEW ORLEANS, LOUISIANA, this 22nd Day of Jan., 2000.

_____
JUDGE

## CERTIFICATE

    I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this   16   day of   January  , 2000.

*D.T. Smith*
DAVID T. SMITH