UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * | CIVIL ACTION |
| VS. | * | NO. 00-261 |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC. | * * * * * | SECTION: "G" (5) JUDGE SEAR MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \*

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 22   AM 4:25
JAN 2 2 2001
LORETTA G. WHYTE
CLERK

## FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES AND WRONGFUL DEATH

**NOW INTO COURT**, through undersigned counsel comes plaintiffs, Ferdinand Dierker, individually and on behalf of his deceased wife, Joanne Dierker, and Christopher and Sean Dierker on behalf of their deceased mother, Joanne Dierker, who respectfully supplements and amends the original petition for Damages for the following reasons and in the following respects:

1.

Plaintiff, **JOANNE DIERKER** died on or about February 10, 2000 of a cigarette related illness.

___Fee_____
___Process___
_X_ Dktd_____
___CtRmDep___
___Doc.No.___

2.

Mrs. Dierker was survived by her spouse, Ferdinand Dierker and their two children. Mrs. Dierker's spouse and children wish to substitute themselves as plaintiffs in this matter as they are legal beneficiaries.

3.

Mrs. Dierker's spouse and children also wish to amend the petition to assert their claim for the damages they sustained as a result of Mrs. Dierker's wrongful death; specifically, for grief and mental anguish, loss of consortium, loss of support, loss of security and funeral expenses.

4.

As a result of the aforementioned, plaintiffs aver that they are entitled to such damages as are reasonable in the premises, including, but not limited to, the following:

a)  Medical expenses;

b)  Survival damages, C.C. Art. 2315.1;

c)  Physical pain and suffering;

c)  Mental anxiety and anguish;

d)  Wrongful death damages, C.C. Art. 2315.2;

e)  Loss of consortium damages;

    and

f)  Any and all other damages as will be more fully shown at the trial of this matter.

Plaintiffs renew and reiterate all of the allegations and all of the prayers of their original and amended petition.

WHEREFORE, plaintiffs pray that the surviving spouse and children of Joanne Dierker be substituted in the place of the decedent and that she be allowed to amend her petition to assert claims for the damage they sustained as a result of her death.

WHEREFORE PLAINTIFFS PRAY for leave of Court to have the stay in this case lifted for the sole and limited purpose of filing this first Supplemental and Amending Petition. The lifting of the stay for the sole and limited purpose of filing this motion is unopposed by the Defendants.

PLAINTIFFS FURTHER PRAY that defendants be duly served and cited to appear and answer this petition and after all legal delays and due proceedings be had that there be judgment in favor of plaintiff, and against defendant for all damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid and all costs of these proceedings.

PLAINTIFFS FURTHER PRAY for all general and equitable relief required or reasonable in the premises.

Respectfully Submitted,

MURRAY LAW FIRM

*D.T. Smith*
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
DAVID T. SMITH (26721)
909 Poydras Street
Suite 2550
New Orleans, LA 70112
Telephone: (504) 525-8100

**PLEASE SERVE:**

1. **R.J. REYNOLDS TOBACCO COMPANY**
   through its agent for service of process:
   The Prentice-Hall Corporation System, Inc.
   701 South Peters Street, Second Floor
   New Orleans, Louisiana 70130

2. **BROWN & WILLIAMSON TOBACCO CORPORATION**
   through its agent for service of process
   via the Louisiana Long-Arm Statute:
   The Corporation Trust Company
   1209 Orange Street
   Wilmington, Delaware 19801

3. **PHILIP MORRIS, INC.**
   through its agent for service of process:
   C.T. Corporation Systems
   8550 United Plaza Boulevard
   Baton Rouge, Louisiana 70809

4. **QUAGLINO TOBACCO AND CANDY COMPANY, INC.**
   through its agent for service of process
   Iona Ball
   2400 South Claiborne Avenue
   New Orleans, Louisiana 70125

5. **GEORGE W. GROETSCH, INC.**
   through its agent for service of process
   George J. Groetsch, Sr.
   5615 Jefferson Highway
   Jefferson, Louisiana 70123

6. **SCHWEGMANN GIANT SUPER MARKETS, INC.**
   through its agent for service of process:
   George R. Blue, Jr.
   3838 N. Causeway Blvd
   Suite 3030
   Metairie, Louisiana 70002