```
                FILED
        U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

         2001 FEB -7 PM 4:37
            FEB 07 2001
          LORETTA G. WHYTE
                CLERK
```


# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND | * | CIVIL ACTION |
| FERDINAND M. DIERKER, | * | NO. 00-261 |
| CHRISTOPHER DIERKER AND | * | |
| SEAN DIERKER | * | |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| R.J. REYNOLDS TOBACCO | * | MAGISTRATE: 5 |
| COMPANY, ET AL | * | |

*************************

### UNOPPOSED MOTION FOR LEAVE TO TEMPORARILY LIFT STAY AND FILE MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD ON BEHALF OF DEFENDANTS

NOW INTO COURT, through undersigned counsel, comes Defendant, Philip Morris Incorporated, who respectfully moves this Court to temporarily lift the stay in this case for the sole and limited purpose of filing an Unopposed Motion for Extension of Time Within Which to Plead on Behalf of All Defendants, for the following reasons:

1.

On January 22, 2001, the Court lifted the stay in this case for the sole and limited purpose of allowing plaintiffs to file their First Supplemental and Amending Petition for Damages and Wrongful Death. The defendants did not oppose this motion.

2.

Philip Morris now prays for a temporary lifting of the stay for the sole and limited purpose of allowing it to file an unopposed motion providing defendants with

```
DATE OF ENTRY
 FEB 12 2001
```



an extension of time to respond to Plaintiffs' First Supplemental and Amending Petition for Damages and Wrongful Death

3.

Plaintiffs' counsel has advised that plaintiffs have no objection to lifting the stay and granting all defendants an extension of time within which to answer, move or otherwise respond to the first supplemental and amending petition of plaintiffs.

WHEREFORE, Philip Morris Incorporated prays for leave of Court to have the stay in this case lifted for the sole and limited purpose of filing this Unopposed Motion For Extension of Time Within Which to Plead. The lifting of the stay for the sole and limited purpose of filing this motion is unopposed by the plaintiffs.

Respectfully submitted,

**ADAMS and REESE L.L.P.**

_____
CHARLES F. GAY, JR., #5990
DEBORAH B. ROUEN, #2084
LARA E. WHITE, #23366
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234

*Attorneys for Defendant, Philip Morris Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been sent to all counsel by hand, by telecopier, and/or by placing same in the U.S. Mail, postage pre-paid, this 7th day of February, 2001.

_____
LARA E. WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND<br>FERDINAND M. DIERKER,<br>CHRISTOPHER DIERKER AND<br>SEAN DIERKER | * <br> * <br> * <br> * <br> * | CIVIL ACTION<br>NO. 00-261 |
| VERSUS | * <br> * | SECTION: "K" |
| R.J. REYNOLDS TOBACCO<br>COMPANY, ET AL | * <br> * | MAGISTRATE: 5 |

## ORDER

Considering the foregoing Motion for Leave to Temporarily Lift Stay and File Unopposed Motion for Extension of Time Within Which to Plead on Behalf of Defendants;

IT IS ORDERED that the foregoing Unopposed Motion for Extension of Time Within Which to Plead on Behalf of Defendants be filed as prayed for and according to law.

New Orleans, Louisiana this _12th_ day of February 2001.

_____
UNITED STATES DISTRICT JUDGE