


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND | * | CIVIL ACTION |
| FERDINAND M. DIERKER, | * | NO. 00-261 |
| CHRISTOPHER DIERKER AND | * | |
| SEAN DIERKER | * | |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| R.J. REYNOLDS TOBACCO | * | MAGISTRATE: 5 |
| COMPANY, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD ON BEHALF OF DEFENDANTS

NOW INTO COURT, through undersigned counsel, comes defendant, Philip Morris Incorporated, who respectfully represents the following:[1]

1.

On February 11, 2000, this Court ordered that each defendant be granted an extension of time within which to answer, move or otherwise respond to the petition of plaintiffs until the expiration of thirty (30) days after service of process, or the expiration of thirty (30) days after the final disposition of a Motion to Remand, or the expiration of thirty (30) days after the date of notification in writing by plaintiffs of no intention to file a Motion to Remand, whichever is later.

---

[1] Philip Morris Incorporated seeks an extension on behalf of all defendants in order to avoid a multiplicity of motions for extension. Each defendant is represented by its own counsel and preserves its right to assert its independent interests as to any issue or matter, including with respect to any issues or matters relating to the above-titled action. By authorizing Philip Morris Incorporated to seek this extension on their behalf, no defendant authorizes any other party to act on its behalf as to any matter or any issue relating to the above-titled action. Each of the defendants reserves all rights, defenses and objections, including without limitation, all defenses and

2.

On October 3, 2000, this Court ordered that all proceedings in this action shall be stayed, and this matter was administratively closed. The stay and administrative closure is effective until 30 days after the United States Fifth Circuit Court of Appeals issues its mandate in <u>Badon v. R.J.R. Nabisco, Inc.</u>, No. CV98-0215 (W.D. La. 4/17/98), *appeal docketed*, No. 98-30942 (5th Cir. 8/28/98), *oral argument heard*, (5th Cir. 9/9/99).

3.

On January 22, 2001, the Court lifted the stay for the sole and limited purpose of allowing plaintiffs to file their First Supplemental and Amending Petition for Damages and Wrongful Death. The defendants did not oppose this motion.

4.

Philip Morris now prays for a temporary lifting of the stay for the sole and limited purpose of allowing it to file an unopposed motion providing defendants with the same extension of time to respond to Plaintiffs' First Supplemental and Amending Petition for Damages and Wrongful Death as was afforded defendants by the Court on February 11, 2000, with regards to the plaintiffs' original petition.

5.

Plaintiffs' counsel has advised that plaintiffs have no objection to granting all defendants an extension of time within which to answer, move or otherwise respond to the first supplemental and amending petition until thirty (30) days after service of

---

objections as to venue, personal jurisdiction, and service, and the filing of this motion is subject to, and without waiver of any such defenses and objections.

process, or the expiration of thirty (30) days after the final disposition of a Motion to Remand, or the expiration of thirty (30) days after the date of notification in writing by plaintiffs of no intention to file a Motion to Remand, whichever is later.

6.

The extension of time requested herein will not delay or retard the progress of this action.

WHEREFORE, Philip Morris Incorporated prays for leave of Court to have the stay in this case lifted for the sole and limited purpose of filing this Unopposed Motion For Extension of Time Within Which to Plead. The lifting of the stay for the sole and limited purpose of filing this motion is unopposed by the plaintiffs.

WHEREFORE, considering no objection from plaintiffs, Philip Morris Incorporated prays that each defendant be granted an extension of time within which to answer, move or otherwise respond to the first supplemental and amending petition of plaintiffs until the expiration of thirty (30) days after service of process, or the expiration of thirty (30) day after the final disposition of a Motion to Remand, or the expiration of thirty (30) days after the date of notification in writing by plaintiffs of no intention to file a Motion to Remand, whichever is later.

Respectfully submitted,

**ADAMS and REESE L.L.P.**

_Lara E. White_

CHARLES F. GAY, JR., #5990
**DEBORAH B. ROUEN, #2084**
**LARA E. WHITE, #23366**
4500 One Shell Square
New Orleans, LA 70139

Telephone: (504) 581-3234

*Attorneys for Defendant, Philip Morris Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been sent to all counsel by hand, by telecopier, and/or by placing same in the U.S. Mail, postage pre-paid, this 7th day of February, 2001.

_____
LARA E. WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND | * | CIVIL ACTION |
| FERDINAND M. DIERKER, | * | NO. 00-261 |
| CHRISTOPHER DIERKER AND | * | |
| SEAN DIERKER | * | |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| R.J. REYNOLDS TOBACCO | * | MAGISTRATE: 5 |
| COMPANY, ET AL | * | |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time Within Which to Plead on Behalf of Defendants;

IT IS ORDERED that each defendant be granted an extension of time within which to answer, move or otherwise respond to the first supplemental and amending petition of plaintiffs until the expiration of thirty (30) days after service of process, or the expiration of thirty (30) days after the final disposition of a Motion to Remand, or the expiration of thirty (30) days after the date of notification in writing by plaintiffs of no intention to file a Motion to Remand, whichever is later.

New Orleans, Louisiana this _12th_ day of February 2001.

_____
UNITED STATES DISTRICT JUDGE