

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND * | CIVIL ACTION |
| FERDINAND M. DIERKER, * | NO. 00-261 |
| CHRISTOPHER DIERKER AND * | |
| SEAN DIERKER * | |
| * | |
| VERSUS * | SECTION: "K" |
| * | |
| R.J. REYNOLDS TOBACCO * | MAGISTRATE: 5 |
| COMPANY, ET AL * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | |

### MOTION AND INCORPORATED MEMORANDUM
### TO SET STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, come defendants Philip Morris Incorporated, R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, with full reservation of any and all defenses and objections, including lack of personal jurisdiction, insufficiency of process and insufficiency of service of process, who move for a status conference on the following grounds:

1.

On January 27, 2000, the defendants timely removed this case pursuant to 28 U.S.C. § 1332 on the ground that the nondiverse defendants, who are wholesalers of cigarettes, were fraudulently joined in that there was no possibility of recovery against them under Louisiana law.

2.

Plaintiffs then filed a motion to remand, which was set for hearing on March 15, 2000. This motion was briefed by the parties.



3.

On September 29, 2000, prior to any decision on plaintiffs' motion to remand, the defendants filed an Uncontested Motion and Incorporated Memorandum for Administrative Termination and/or Stay of all Proceedings based on a potentially relevant case then on appeal before the Fifth Circuit, <u>Badon v. R.J. Nabisco, Inc.</u>, No. CV98-0215 (W.D. La. 4/17/98), *appeal docketed*, No. 98-30942 (5th Cir. 8/28/98). On October 3, 2000, this Court stayed this matter until thirty days after the Court of Appeals issued a mandate in <u>Badon</u>.

4.

On December 21, 2000, the Court of Appeals issued an opinion in <u>Badon</u>, reversing the District Court's denial of remand, and finding there to be "arguably a reasonable basis for predicting that plaintiffs might establish redhibition or article 2475 liability against the Louisiana wholesalers under Louisiana law as it stands today." <u>Badon v. RJR Nabisco, Inc.</u>, 236 F.3d 282, 286-87 (5th Cir. 2000).

5.

On March 1, 2001, the Court of Appeals issued its mandate in <u>Badon</u>, making the opinion final. The stay in this case will therefore be lifted on March 30, 2001.

6.

The defendants believe that there may be grounds for denying remand in this matter not yet briefed to this Court, and not addressed in <u>Badon</u>, but which are now relevant in light of the <u>Badon</u> Court of Appeals' decision. These grounds include, but are not limited to, whether plaintiffs' claims against the in-state wholesaler defendants

are preempted by the Federal Cigarette Labeling and Advertising Act, whether the decedent may not have actually purchased any cigarettes distributed by these in-state wholesaler defendants, and whether plaintiffs' claim against the in-state wholesaler defendants may be prescribed.

7.

The defendants respectfully suggest that these issues should be investigated and briefed before the Court rules on plaintiffs' motion to remand, and that a status conference be set for the purpose of determining the procedure for doing so, including the taking of limited discovery and then providing defendants the opportunity to file a supplemental opposition to the pending motion to remand.

WHEREFORE, defendants respectfully pray that a status conference be set in this matter.

Respectfully submitted,

**ADAMS AND REESE, L.L.P.**

*[signature: Lara E. White]*

**CHARLES F. GAY, JR.**, #5990, T.A.
**DEBORAH B. ROUEN**, #2084
**LARA E. WHITE**, # 23366
4500 One Shell Square
New Orleans, LA 70139
(504) 581-3234
*Attorneys for Philip Morris Incorporated, and signing with permission on behalf of:*

Phillip A. Wittman, (#13625)
Stephen H. Kupperman, T.A., (#7890)
Dorothy H. Wimberly, (#18509)
**STONE, PIGMAN, WALTHER, WITTMANN & HUTCHINSON, L.L.P.**
546 Carondelet Street
New Orleans, LA 70130
*Attorneys for R.J. Reynolds Tobacco Company*

        Carmelite M. Bertaut, (#3054)
        William F. Grace Jr. (#6199)
        Peter J. Rotolo III, (#21848)
        **CHAFFE, MCCALL, PHILLIPS,**
        **TOLER & SARPY, L.L.P.**
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, LA 70163-2300
        *Attorneys for Brown & Williamson Tobacco Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleadings have been sent to all counsel by hand, by telecopier, and/or by placing same in the U.S. Mail, postage pre-paid, this 23rd day of March, 2001.

                                                  _____
                                                  LARA E. WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * * * | CIVIL ACTION NO. 00-261 |
| VERSUS | * * | SECTION: "K" |
| R.J. REYNOLDS TOBACCO COMPANY, ET AL | * * | MAGISTRATE: 5 |

## O R D E R

Considering the foregoing Motion to Set Status Conference filed by defendants;

IT IS ORDERED that a Status Conference be set on 25TH day of APRIL, 2001 @ 5:00 P.M. IN chambers

New Orleans, Louisiana, this 28th day of March, 2001.

_____
DISTRICT COURT JUDGE