FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUN 11 PM 3: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | CIVIL ACTION |
| VS. | NO. 00-261 |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER MARKETS, INC. | Section: G K<br><br>Magistrate: 5 |

\* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION AND ORDER TO CONTINUE DISCOVERY DEADLINES

NOW INTO COURT, through undersigned counsel, come plaintiffs, Joanne Dierker, wife of/and Ferdinand M. Dierker, Christopher Dierker and Sean Dierker, who respectfully request that this Court continue the discovery deadlines and the hearing on August 1, 2001. Plaintiff, Christopher Dierker, the minor child of Ferdinand Dierker, died in a boating accident on June 8, 2001. Counsel for the plaintiffs requests an extension of all dealines for four weeks to allow the family time to recover from this tragic accident and loss of a loved one. If the court grants the request to extend discovery dealines, the hearing presently set for August 1, 2001, would also have to be continued to allow for the completion of discovery. Plaintiffs' counsel has spoken to the defendants and they have no objection to said continuance.

DATE OF ENTRY

JUN 1 4 2001

Respectfully submitted,

*[signature]*

STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
(504) 525-8100

## CERTIFICATE

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 11th day of June, 2001.

*[signature]*

PERRY M. NICOSIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * | CIVIL ACTION |
| VS. | * | NO. 00-261 |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC. | * * * * * | Section: G K  Magistrate: 5 |

\* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Continue;

IT IS HEREBY ORDERED that the discovery deadlines as previously ordered shall be continued an additional 30 days, that the briefing schedule be extended 30 days and that the hearing be re-set for the 12th day of September 2001 at 9:30 a.m.

New Orleans, Louisiana, this 14th day of June, 2001.

_____
JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND FERDINAND M. DIERKER, CHRISTOPHER DIERKER AND SEAN DIERKER | * * * | CIVIL ACTION |
| VS. | * * | NO. 00-261 |
| R.J. REYNOLDS TOBACCO COMPANY, BROWN & WILLIAMSON TOBACCO CORPORATION, PHILIP MORRIS, INC., QUAGLINO TOBACCO AND CANDY COMPANY, INC., GEORGE W. GROETSCH, INC. and SCHWEGMANN GIANT SUPER ` MARKETS, INC. | * * * * * * | Section: G/K Magistrate: 5 |

\* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE DISCOVERY DEADLINES

MAY IT PLEASE THE COURT:

through undersigned counsel, come plaintiffs, Joanne Dierker, wife of/and Ferdinand M. Dierker, Christopher Dierker and Sean Dierker, who respectfully request that this Court continue the discovery deadlines and the hearing on August 1, 2001. Plaintiff, Christopher Dierker, the minor child of Ferdinand Dierker, died in a boating accident on June 8, 2001. Counsel for the plaintiffs requests an extension of all dealines for four weeks to allow the family time to recover from this tragic accident and loss of a loved one. If the court grants the request to extend discovery dealines, the hearing presently set for August 1, 2001, would also have to be continued to allow for the completion of discovery. Plaintiffs' counsel has spoken to the defendants and

they have no objection to said continuance.

Respectfully submitted,

_____
STEPHEN B. MURRAY (9858)
PERRY M. NICOSIA (21777)
909 Poydras Street, Suite 2550
New Orleans, Louisiana 70112
(504) 525-8100

## CERTIFICATE

I hereby certify that a copy of the above and foregoing was served upon all counsel of record by placing same in the United States Mail, postage prepaid, properly addressed, on this 11th day of June, 2001.

_____
PERRY M. NICOSIA

2