FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 14  PM 4: 48
SEP 1 4 2001
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND | * | CIVIL ACTION |
| FERDINAND M. DIERKER, | * | NO. 00-261 |
| CHRISTOPHER DIERKER AND | * | |
| SEAN DIERKER | * | |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| R.J. REYNOLDS TOBACCO | * | MAGISTRATE: 5 |
| COMPANY, ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Defendants, Philip Morris Incorporated, R.J. Reynolds Tobacco Company and Brown & Williamson Tobacco Corporation, who move for leave to file the attached response to Plaintiffs' reply memorandum.

Defendants seek leave to file this response on the grounds that: (1) as the motion to remand is fully briefed by the parties and submitted to this Court for consideration, the Defendants have no other recourse to address Plaintiffs' reply memorandum; (2) this brief response is limited to four pages of text; and (3) consideration of this response will promote the fair and just adjudication of this matter.

DATE OF ENTRY
SEP 1 8 2001

Fee_____
Process___
X Dktd____
_ CtRmDep___
Doc.No._28_

WHEREFORE, Defendants respectfully pray that the attached response to Plaintiffs' reply memorandum be deemed filed as prayed for.

Respectfully submitted,

**ADAMS and REESE L.L.P.**

*/s/ Lara E. White*
CHARLES F. GAY, JR., #5990
DEBORAH B. ROUEN, #2084
LARA E. WHITE, #23366
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234
*Attorneys for Philip Morris Incorporated*


*/s/ Dorothy H. Wimberly*
Phillip A. Wittman, (#13625)
Stephen H. Kupperman, T.A., (#7890)
Dorothy H. Wimberly, (#18509)
**STONE, PIGMAN, WALTHER, WITTMANN & HUTCHINSON, L.L.P.**
546 Carondelet Street
New Orleans, LA 70130
*Attorneys for R.J. Reynolds Tobacco Company*


*/s/ Peter J. Rotolo III*
Carmelite M. Bertaut, (3054)
William F. Grace Jr. (#6199)
Peter J. Rotolo III, (#21848)
**CHAFFE, MCCALL, PHILLIPS, TOLER & SARPY, LLP**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
*Attorneys for Brown & Williamson Tobacco Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been sent to all counsel by hand, by telecopier, and/or by placing same in the U.S. Mail, postage pre-paid, this 14th day of September, 2001.

_____
LARA E. WHITE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOANNE DIERKER, WIFE OF/AND<br>FERDINAND M. DIERKER,<br>CHRISTOPHER DIERKER AND<br>SEAN DIERKER | * * * * * | CIVIL ACTION<br>NO. 00-261 |
| VERSUS | * * | SECTION: "K" |
| R.J. REYNOLDS TOBACCO<br>COMPANY, ET AL | * * | MAGISTRATE: 5 |

### ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to File Defendants' Response to Plaintiffs' Reply Memorandum in Support of Motion to Remand;

IT IS ORDERED that the foregoing Motion and Incorporated Memorandum for Leave to File Defendants' Response to Plaintiffs' Reply Memorandum in Support of Motion to Remand be filed as prayed for and according to law.

New Orleans, Louisiana this 17th day of September 2001.

_____
UNITED STATES DISTRICT JUDGE