

**MINUTE ENTRY**
**DUVAL, J.**
**September 21, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOANNE DIERKER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0261** |
| **R. J. REYNOLDS TOBACCO CO., ET AL.** | **SECTION "K"(5)** |

Before the Court is a Motion to Remand (Doc. 7). For the same reasons as those issued by the Court in <u>Owens v. R.J. Reynolds Tobacco Company</u>, C.A. No. 00-147 (Order and Reasons dated September 21, 2001,

**IT IS ORDERED** that the plaintiffs' Motion to Remand is hereby **GRANTED** for lack of subject matter jurisdiction under 28 U.S.C. § 1447(c).

DATE OF ENTRY
SEP 2 1 2001